**Joseph Anthony Reyna (JOECAT®)**

5900 Balcones Dr., Suite 16077

Austin, TX 78731

whitehat@joecattt.com

(956) 202-5580

Date: _____



**Clerk of Court**

U.S. District Court – Western District of Texas

501 West 5th Street, Suite 1100

Austin, TX 78701

---

**Re: Filing of Complaint –** *Reyna v. Block, Inc. (d/b/a Cash App) & Sutton Bank*

Dear Clerk of Court,

Please accept for filing the enclosed materials in the above-referenced matter. The filing packet includes:

Complaint (with Exhibits A–C attached);

Civil Cover Sheet (JS-44);

Summonses (AO-440) for Defendants Block, Inc. and Sutton Bank;

Motion to Proceed *In Forma Pauperis* (AO-239) with Proposed Order;

Motion for Judicial Notice & Clarification with Proposed Order;

Motion for Preservation of Evidence with Proposed Order;

Proposed Scheduling Order and Jury Demand Order;

USM-285 Forms for service of process.

Out of respect for this Court, I note that while I am proceeding *in forma pauperis* due to current financial hardship, I expressly state that **should the case be dismissed or otherwise resolved without need for continued judicial resources, I am willing to contribute toward court costs and fees as ordered.** My intent is not to burden the Court, but to preserve statutory rights under the Electronic Fund Transfer Act, ADA Title III, and the Texas DTPA.

I further note for the record that Defendants have already **reimbursed the underlying transactions in question and labeled the refund "For We're Sorry."** While they later attempted to reframe this payment as a "goodwill gesture," the contemporaneous record indicates partial performance consistent with admission of liability. This filing seeks judicial clarification of that fact and of Defendants' attempted reliance on a private arbitration clause.

Please file the enclosed documents accordingly and return any stamped copies to me at the above address. Thank you for your assistance.

Respectfully submitted,

/s/ Joseph Anthony Reyna

Pro Se Plaintiff

Dreams Over Dollars
5900 Balcones Dr. #16077
Austin, Texas 78731