**Retail**




U.S. POSTAGE PAID
USPS Ground Advtg
BUDA, TX 78610
AUG 26, 2025

78701

$9.85

RDC 01    2 Lb 4.40 Oz    S2324H500550-08

**Clerk of Court**
U.S. District Court — Western District of Texas (Austin Division)
U.S. District Clerk's Office
501 West Fifth Street, Suite 1100
Austin, TX 78701

1:25CV01402 RP

USPS TRACKING® #



9534 6152 3798 5238 5429 62

SCREENED BY CSO'S
AUG 28 2025