IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSEPH ANTHONY REYNA, | § § | |
| Plaintiff, | § § | |
| v. | § § | 1:25-CV-1402-RP |
| BLOCK, INC. and SUTTON BANK, | § § | |
| Defendants. | § § | |

**FINAL JUDGMENT**

On this date, the Court entered an order dismissing Plaintiff's claims and barring further filings from Plaintiff. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on October 30, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1